FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HOREL, et al.,<br><br>    Respondents. | Case No. CV 08-3175 PA(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice.

///
///
///
///
///

1 |     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2 | the United States Magistrate Judge's Report and Recommendation, and the
3 | Judgment herein on petitioner and on counsel for respondents.
4 |     LET JUDGMENT BE ENTERED ACCORDINGLY.
5 | DATED: July 10, 2008

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE