FILED
CLERK, U.S. DISTRICT COURT
JUL 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD LEONARD,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT HOREL, et al.,<br><br>    Respondents. | Case No. CV 08-3175 PA(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: July 10, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE